DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TAJHON WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1952

————————————————

September 16, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

   Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.